UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BOHDAN G. SENIW
    Plaintiff

v.                                        3:18cv813 (JCH)
POLICE DEPT
JOHN DOE
    Defendants

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, and the Honorable Sarah A. L. Merriam, United States Magistrate Judge as a result of plaintiff's Amended Complaint filed against defendants, Police Dept and John Doe.

The Court has reviewed all of the papers filed in conjunction with the Amended Complaint. On July 2, 2018, a Recommended Ruling was entered dismissing the Amended Complaint with prejudice.   On August 10, 2018 the court entered an Order affirming, adopting, and ratifying the Recommended Ruling, over objection and upon review.

Therefore, it is ORDERED, ADJUDGED and DECREED that the Amended Complaint is dismissed, and the case is closed.

Dated at New Haven, Connecticut, this 15th day of August, 2018.

                                                  Robin D. Tabora, Clerk

ENTERED ON DOCKET 8/15/2018

                                                  By /s/  Diahann Lewis
                                                       Deputy Clerk